# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2007

133620

RENIE MANZELLA and JOSEPH MANZELLA,
     Plaintiffs-Appellees,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
     Defendant-Appellant,

and

ISRAEL MALDONADO MORADO,
FERNANDO OJEDA MIRANDA, and
PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
     Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 133620
COA: 271365
Van Buren CC: 05-053501-NI

On order of the Court, the application for leave to appeal the January 4, 2007 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). At oral argument, the parties shall address the dissenting opinion in the Court of Appeals. The parties may file supplemental briefs within 28 days of the date of this order, but they should not submit mere restatements of their application papers.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2007

p1016

_____
Clerk